■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA McCRAY JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on June 19, 1989, convicting defendant, upon a plea of guilty, of manslaughter in the second degree and sentencing defendant to a definite term of six months' imprisonment and 4½ years' probation, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly

harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with her plea bargain and within statutory guidelines. "Having received the benefit of [her] bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Kupferman, J. P., Ross, Carro, Asch and Ellerin, JJ.